# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00576-CV

**Dennis Jones, Appellant**

**v.**

**Marsha Milligan, as Chapter 7 Trustee of Agillion, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN301239, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties to this cause have notified this Court that they have entered a settlement agreement that has been approved by the bankruptcy court. The parties have moved to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal. *See id*.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed:   January 28, 2005